UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ENRIQUE DURAN, | Case No. EDCV 08-88-VAP (JCRx) |
| Plaintiff, | |
| v. | **JUDGMENT** |
| CITY OF CORONA, COUNTY OF RIVERSIDE, ROD PACHECO, ~~STEPHEN GALLON~~, R. NEWMAN, DOES 1-10, | |
| Defendants. | |

**TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:**

Pursuant to the Order Granting the Motion for Summary Judgment brought by Defendants City of Corona and Robert Newman, filed herewith, IT IS ORDERED AND ADJUDGED that Plaintiff's Complaint is DISMISSED WITH PREJUDICE as to Defendants City of Corona and Robert Newman. The Court orders that such judgment be entered.

Dated: March 19, 2009

VIRGINIA A. PHILLIPS
United States District Judge