1  **Bruce E. Disenhouse (SBN 078760)**
   *bdisenhouse@krsattys-riv.com*
2  KINKLE, RODIGER AND SPRIGGS
   Professional Corporation
3  3333 Fourteenth Street
   Riverside, California 92501                    **JS-6**
4  (951) 683-2410
   FAX (951) 683-7759
5

6  Attorneys for Defendant, COUNTY OF RIVERSIDE, ROD PACHECO and
   STEPHEN GALLON
7

8

9                    **UNITED STATES DISTRICT COURT**

10                   **CENTRAL DISTRICT OF CALIFORNIA**

11

12  ENRIQUE DURAN,                    )  **CASE NO.:**  EDCV 08-00088 VAP
                                      )  (JCRx)
13                  Plaintiff,        )
                                      )  ORDER OF DISMISSAL (F.R.C.P. Rule
14  v.                                )  41(a))
                                      )
15  CITY OF CORONA, COUNTY OF         )
    RIVERSIDE, ROD PACHECO,           )
16  STEPHEN GALLON, R. NEWMAN,        )
    DOES 1 through 10, inclusive,     )
17                                    )
                    Defendants.       )
18                                    )
19  _____ )

20        Pursuant to the stipulation of counsel, Defendant COUNTY OF RIVERSIDE

21  is hereby ordered dismissed with prejudice, each side to bear their own fees and

22

23  costs.

24        IT IS SO ORDERED:

25  DATED:  March 23 2009        _____
26                               UNITED STATES DISTRICT JUDGE
27

28

KINKLE, RODIGER
AND SPRIGGS
Professional Corporation